**CHIEF JUSTICE**
ROGELIO VALDEZ

**JUSTICES**
NELDA V. RODRIGUEZ
DORI CONTRERAS GARZA
GINA M. BENAVIDES
GREGORY T. PERKES
NORA L. LONGORIA

**CLERK**
DORIAN E. RAMIREZ



# Court of Appeals

## Thirteenth District of Texas

NUECES COUNTY COURTHOUSE
901 LEOPARD, 10TH FLOOR
CORPUS CHRISTI, TEXAS 78401
361-888-0416 (TEL)
361-888-0794 (FAX)

HIDALGO COUNTY
ADMINISTRATION BLDG.
100 E. CANO, 5TH FLOOR
EDINBURG, TEXAS 78539
956-318-2405 (TEL)
956-318-2403 (FAX)

Thursday, February 27, 2014

Re:      Cause No. 13-13-00720-CV
Tr.Ct.No. F-2723-13-1
Style:    In the Interest of M.S.S., a Child

Dear Attorneys:

Enclosed please find the opinion and judgment issued by the Court on this date.

Very truly yours,

Dorian E. Ramirez, Clerk

DER:ch
Enc.
cc:    Ms. Melinda Ibarra
       Hon. Norma A. Ortiz
       Hon. Cynthia Cantu-Del Bosque
       County Court at Law No. 1
       Hon. Laura Hinojosa, District Clerk/Hidalgo
       Hon. J. Rolando Olvera, Jr., Presiding Judge, Fifth Administrative Judicial Region